BP-A0148
MAY 25
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF

FEDERAL BUREAU OF PRISONS

| TO:(Staff Name and Title) WARD. HOOVER | DATE: 3-11-2025 |
|---|---|
| FROM: Quinyahta Rochelle | REGISTER NO.: 09039068 |
| WORK ASSIGNMENT: NA | UNIT: J1 |

SUBJECT: Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Im writing to request A Commpassional release Base on a Sexual Assault that happened to me with A Correctional officer In the Federal Transfer Center OKC. I need this response for the Courts I have A motion In and it keeps getting postpond until I get your response

(Do not write below this line)

DISPOSITION:

Staff Signature | Date

Record Copy - File; Copy - Inmate PDF

Prescribed by P5511

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

Exhibit C

**SECTION 6**

BP-A0148
MAY 25
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF

FEDERAL BUREAU OF PRISONS

| TO: (Staff Name and Title) WARD. HOOVER | DATE: 4-15-2025 |
|---|---|
| FROM: Quinyahta Rochelle | REGISTER NO.: 09039-068 |
| WORK ASSIGNMENT: N.A | UNIT: J1 |

SUBJECT: Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Mr Hoover im requesting a compassionate release due to a sexual assault i have going on with a c/o in OKC transit center please respond asap thanks

(Do not write below this line)

DISPOSITION:

| Staff Signature | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate PDF

Prescribed by P5511

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER
Exhibit C

SECTION 6

BP-A0148
MAY 25
U.S. DEPARTMENT OF JUSTICE

**INMATE REQUEST TO STAFF**

FEDERAL BUREAU OF PRISONS

| TO: (Staff Name and Title) WARD HOOVER / MRS Boyd | DATE: 5-6-25 |
|---|---|
| FROM: Quinyahta Rochelle | REGISTER NO.: 09039-068 |
| WORK ASSIGNMENT: Mentor | UNIT: J2 |

SUBJECT: Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I have requested several compassionate release with you Sir so I'm requesting it this time ~~through~~ through you & my unit team manager Mrs Boyd Because I haven't heard anything Back for thee Other request I've made

(Do not write below this line)

DISPOSITION:

Staff Signature | Date

Record Copy - File; Copy - Inmate PDF

Prescribed by P5511

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER.
Exhibit C

**SECTION 6**

BP-A0148
MAY 25
**U.S. DEPARTMENT OF JUSTICE**

**INMATE REQUEST TO STAFF**

**FEDERAL BUREAU OF PRISONS**

| TO:(Staff Name and Title) WARD. HOOVER | DATE: 6-11-2025 |
|---|---|
| FROM: Quinyahta Rochelle | REGISTER NO.: 09039-068 |
| WORK ASSIGNMENT: GROW MENTOR | UNIT: J2 |

SUBJECT: Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Ward Hoover I've spoke with you About this Matter and also the Asst. Ward MR Boler as well you all told Me this matter has Been responded to But I've Checked My ~~records~~ files with My Case manager And there is No response to All of my request for A compassionat release and also my fsa. the last response I have in my file is from 2021 and 2022 Compassicnate release my old Lawyers filed for. please get Back to me thanks

(Do not write below this line)

DISPOSITION:

| Staff Signature | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate PDF

Prescribed by P5511

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER
Exhibit C

**SECTION 6**

BP-A0148
MAY 25
U.S. DEPARTMENT OF JUSTICE

**INMATE REQUEST TO STAFF**

FEDERAL BUREAU OF PRISONS

| TO: (Staff Name and Title) | DATE: |
| --- | --- |
| WARD HOOVER | 7-14-25 |
| FROM: | REGISTER NO.: |
| Quinyahta Rochelle | 09039-068 |
| WORK ASSIGNMENT: | UNIT: |
| GROW MENTOR | JZ |

SUBJECT: Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Mr Hoover I've spoke with you at mainline and every Thursday when you come to the units. I've been requesting A compassional release for Almost A year Now and you have told me everytime you sent me something Back + I Never gotten anything for months

(Do not write below this line)

DISPOSITION:

| Staff Signature | Date |
| --- | --- |

Record Copy - File; Copy - Inmate PDF

Prescribed by P5511

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER
Exhibit C

**SECTION 6**

BP-A0148
MAY 25
U.S. DEPARTMENT OF JUSTICE

**INMATE REQUEST TO STAFF**

FEDERAL BUREAU OF PRISONS

| TO: (Staff Name and Title) WARD. HOOVER / Asst Ward Boler | DATE: 8-16-2025 |
|---|---|
| FROM: Quinyahta Rochelle | REGISTER NO.: 09039-068 |
| WORK ASSIGNMENT: Grow Mentor | UNIT: J2 |

SUBJECT: Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Mr. Ward Hoover / Mr. Asst Ward Boler Im am request A compassionate release for A sexual Assault that happened to me in 2022 this matter is still under investigation. Im also requesting to get my Rsa in A Med with my pts. I was told From my case manager that you can grant me this because I've taken all the classes this prison offers and I can't get my pts down here but I got all the hrs. and pts credits it just can't get applied. I've put in several request for Both matters for months and I've checked my file with my case manager and theres nothing there. I checked Because you Both has told me over 8 times that you've responded to me but my case manager said theres Nothing please respond

(Do not write below this line)

DISPOSITION:

Staff Signature                                         Date

Record Copy - File; Copy - Inmate PDF

Prescribed by P5511

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

Exhibit C

**SECTION 6**