# Exhibit 1

U. S. Department of Justice  
Federal Bureau of Prisons

Inmate Request to Staff

## INMATE REQUEST TO STAFF RESPONSE

TO: Inmate Name: ROCHELLE, Quinyahta  
Reg. No.: 09039-068  
Unit: J-1

This is in response to your Request for a Compassionate Release, dated March 11, 2025. In your request, you stated that you would like to be considered for a compassionate release based on Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Implementation of U.S.C. 3582, section 2, Extraordinary or Compelling Circumstances due to an alleged sexual assault by a Federal Bureau of Prisons staff member at FTC Oklahoma which was reported and investigated.

A request for a motion under 18 U.S.C 4205(g) or 3582(c)(1)(A) shall be submitted to the Warden. An inmate may initiate a request for consideration only when there are particularly extraordinary or compelling circumstances which could not reasonably have been foreseen by the court at the time of sentencing. To assist with this matter, a review of your information was completed.

Based on the information received, the request for compassionate release under Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Implementation of U.S.C. 3582 is denied at this time.

_____    12/3/25
J. Bolar, Acting FCI/SFF Warden            Date