# Exhibit 1

```
REGISTER NO: 09039-068 NAME..: ROCHELLE, QUINYAHTA
FUNCTION...: PRT       FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 10-27-2025

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 4068207 - SANCTIONED INCIDENT DATE/TIME: 02-12-2025 1150
UDC HEARING DATE/TIME: 02-14-2025 1315
FACL/UDC/CHAIRPERSON.: HAF/4 SFF GP/W.BARR
REPORT REMARKS.......: SANCTIONED
   316  BEING IN UNAUTHORIZED AREA - FREQ: 1
        LP COMM    / 30 DAYS / CS
                  FROM: 02-14-2025  THRU: 03-15-2025
           COMP:    LAW:    TO DETER FURTHER MISCONDUCT
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3909019 - SANCTIONED INCIDENT DATE/TIME: 03-14-2024 1051
DHO HEARING DATE/TIME: 03-28-2024 1051           DHO REPT DEL: 04-18-2024 1500
FACL/CHAIRPERSON.....: DAN/AMICO
REPORT REMARKS.......: EVIDENCE SUPPORTS I/M WAS EMAILING AN UNAUTH INMATE.
                       299 ML 296.
   299  DISRUPTIVE CONDUCT-HIGH - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:020 LAW:P   SANCTIONED IN ACCORDANCE TO P.S. 5270.09.
        LP EMAIL   / 3 MONTHS / CS
                  FROM: 03-28-2024  THRU: 06-27-2024
           COMP:    LAW:
        LP EMAIL   / 3 MONTHS / CS / SUSPENDED 90 DAYS
           COMP:    LAW:    ADDITIONAL SANCTION SUSPENDED 90 DAYS CLEAR
                            CONDUCT.
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3746987 - SANCTIONED INCIDENT DATE/TIME: 03-17-2023 1400
DHO HEARING DATE/TIME: 08-11-2023 1307
FACL/CHAIRPERSON.....: LEX/C. HURLEY
REPORT REMARKS.......: INMATE DENIED POSSESSING SMARTPHONE FOUND IN HER ASSIGNE
                       D LOCKER.
   108  POSSESSING A HAZARDOUS TOOL - FREQ: 1 ATI: EYC RFP: D
        DIS GCT    / 41 DAYS / CS
        COMP:020 LAW:P
        DS         / 10 DAYS / CS
                  FROM: 08-11-2023  THRU: 08-20-2023
           COMP:    LAW:
        LP PHONE   / 6 MONTHS / CS
                  FROM: 08-11-2023  THRU: 02-10-2024
           COMP:    LAW:




G0002       MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO: 09039-068 NAME..: ROCHELLE, QUINYAHTA
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 10-27-2025

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3735525 - SANCTIONED INCIDENT DATE/TIME: 02-18-2023 0820
UDC HEARING DATE/TIME: 02-22-2023 1458
FACL/UDC/CHAIRPERSON.: LEX/ATW/GAHAN
REPORT REMARKS.......: GUILTY - DECISION BASED ON REPORT WRITERS' DESCRIPTION O
                       F INCIDENT AND PHOTOGRAPHIC EVIDENCE.
    305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
         LP PHONE   / 30 DAYS / CS
                 FROM: 02-22-2023  THRU: 03-23-2023
         COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1762480 - SANCTIONED INCIDENT DATE/TIME: 07-27-2008 1315
CDC HEARING DATE/TIME: 08-04-2008 1325
FACL/LOC/CHAIRPERSON.: CPG/3ZI/SCHNEIDER
REPORT REMARKS.......: IMATE SIGNED OUT OF THE RRC TO GO TO WORK AND FAILED TO
                       REPORT TO WORK
    316  BEING IN UNAUTHORIZED AREA - FREQ: 1
         DIS GCT    / 8 DAYS / CS
         COMP:010 LAW:P   DISALLOW 8 DAYS GCT
         TRANSFER   / CS
         COMP:     LAW:     RECOMMEND A DISCIPLINARY TRANSFER FROM THE RRC TO
                            A SECURE FACILITY
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1762475 - SANCTIONED INCIDENT DATE/TIME: 07-26-2008 1315
CDC HEARING DATE/TIME: 08-04-2008 1320
FACL/LOC/CHAIRPERSON.: CPG/3ZI/SCHNEIDER
REPORT REMARKS.......: INMATE WAS FIRED FROM HER JOB AND FAILED TO NOTIFY RRC
                       STAFF
    309  VIOLATING A COND OF A COMM PGM - FREQ: 1
         DIS GCT    / 8 DAYS / CS
         COMP:010 LAW:P   DISALLOW 8 DAYS GCT
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1758508 - SANCTIONED INCIDENT DATE/TIME: 07-12-2008 1615
CDC HEARING DATE/TIME: 07-24-2008 1510
FACL/LOC/CHAIRPERSON.: CPG/3ZI/SCHNEIDER
REPORT REMARKS.......: INMATE WAS FOUND IN POSSESSION OF INTOXICANTS
    222  POSSESSING INTOXICANTS - FREQ: 1
         DIS GCT    / 16 DAYS / CS
         COMP:010 LAW:P   DISALLOW 16 DAYS GCT
         LP OTHER   / 70 DAYS / CS
         COMP:     LAW:    70 ADDITIONAL DAYS IN THE COMMUNITY CORRECTIONS
                           STATUS
         TRANSFER   / CS / SUSPENDED 70 DAYS
         COMP:     LAW:    DISCIPLINARY TRANSFER SUSPENDED PENDING 70 DAYS
                           CLEAR CONDUCT


G0002        MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO: 09039-068 NAME..: ROCHELLE, QUINYAHTA
FUNCTION...: PRT       FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 10-27-2025

-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1740477 - SANCTIONED INCIDENT DATE/TIME: 05-13-2008 1127
CDC HEARING DATE/TIME: 06-05-2008 1330
FACL/LOC/CHAIRPERSON.: CPG/3ZI/SCHNEIDER
REPORT REMARKS.......: INMATE TURNED IN A JOB SITE VISIT FORM THAT HAD
                       SIGNATURES OF EMPLOYEES THAT DIDN'T WORK THERE
   309   VIOLATING A COND OF A COMM PGM - FREQ: 1
         LP OTHER   / 30 DAYS / CS
           COMP:     LAW:    REMAIN IN COMMUNITY CORRECTIONS STATUS FOR 30
                             MORE DAYS
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1675904 - SANCTIONED INCIDENT DATE/TIME: 08-27-2007 1000
DHO HEARING DATE/TIME: 12-19-2007 1350
FACL/CHAIRPERSON.....: DAN/RYAN D
REPORT REMARKS.......: INMATE USED ANOTHER INMATE'S PAC NUMBER WHILE ON A
                       PHONE RESTRICTION.
HEARING IS ALSO BASIS FOR EXECUTION OF DS       SUSPENDED 07-19-2007 1245
   297   PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         DS         / 30 DAYS / CS
           COMP:     LAW:
         LP OTHER   / 18 MONTHS / CS
           COMP:     LAW:    E-MAIL RESTRICTION.
         LP PHONE   / 18 MONTHS / CS
           COMP:     LAW:
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1662563 - SANCTIONED INCIDENT DATE/TIME: 11-01-2007 0950
UDC HEARING DATE/TIME: 11-05-2007 1215
FACL/UDC/CHAIRPERSON.: DAN/E/R.E. KEE
REPORT REMARKS.......: INMATE POSSESSED BATTERIES W/WIRE & BULB ATTACHED
   305   POSSESSING UNAUTHORIZED ITEM - FREQ: 1
         LP COMM    / 2 WEEKS / CS
           COMP:     LAW:    TWO WEEKS COMMISSARY RESTRICTION
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1620455 - SANCTIONED INCIDENT DATE/TIME: 07-14-2007 2127
DHO HEARING DATE/TIME: 07-19-2007 1245
FACL/CHAIRPERSON.....: DAN/RYAN D
REPORT REMARKS.......: INMATE WAS INVOLVED IN A 3-WAY CALL.
   397   PHONE ABUSE - NO CIRCUMVENTION - FREQ: 1
         DS         / 15 DAYS / CS / SUSPENDED 180 DAYS
                     EXECUTED BASED ON HEARING OF 12-19-2007 1350
           COMP:     LAW:    SUSPENDED 180 DAYS PENDING CLEAR CONDUCT.
         LP OTHER   / 180 DAYS / CS
           COMP:     LAW:    E-MAIL RESTRICTION


G0002        MORE PAGES TO FOLLOW . . .
```

REGISTER NO: 09039-068 NAME..: ROCHELLE, QUINYAHTA
FUNCTION...: PRT         FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 10-27-2025

DHO HEARING DATE/TIME: 07-19-2007 1245 REPORT 1620455 CONTINUED
         LP PHONE    / 180 DAYS / CS
         COMP:     LAW:




G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED